# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-04647 |
| Village Realty of Staten Island Ltd. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America, Plaintiff.

Date: 09/30/2020

/s/ Katherine A. Raimondo
*Attorney's signature*

Katherine A. Raimondo, DC Bar 985157
*Printed name and bar number*
U.S. Department of Justice
4 Constitution Square
150 M Street, NE, 8th Floor
Washington, DC 20530
*Address*

katherine.raimondo@usdoj.gov
*E-mail address*

(202) 305-1987
*Telephone number*

(202) 514-1116
*FAX number*