UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>VILLAGE REALTY OF STATEN  )<br>ISLAND LTD. and DENIS DONOVAN,  )<br>  )<br>Defendants.  )<br>_____ ) | Civil Action No. 20-CV-4647<br>(NGG) (CLP) |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, United States of America, and Defendants, Village Realty of Staten Island Ltd. and Denis Donovan, hereby submit this joint stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Paragraph 49 of the Consent Decree and Judgment entered by this Court on April 5, 2021 (ECF No. 14). In support, the parties state as follows:

1. On April 5, 2021, the Court entered the Consent Decree and Judgment, which resolved the claims alleged in the United States' Complaint. ECF No. 14.

2. Paragraph 49 of the Consent Decree and Judgment provides that it shall remain in effect for a period of two (2) years from the date of its entry. Thus, by its terms, the Consent Decree and Judgment expired on April 5, 2023.

3. Paragraph 49 of the Consent Decree and Judgment further provides that the Court shall retain jurisdiction for the duration of the Consent Decree, for the purpose of enforcing the Consent Decree, after which time the case shall be dismissed with prejudice.

1

4. Accordingly, the parties request that this case be dismissed with prejudice, with each party to bear its own costs, fees and disbursements.

Dated: April 20, 2023                                                          Respectfully submitted,

*For Plaintiff United States of America:*

BREON PEACE                                                                    KRISTEN CLARKE
United States Attorney                                                         Assistant Attorney General
Eastern District of New York                                                   Civil Rights Division

/s/ Rachel G. Balaban                                                          SAMEENA SHINA MAJEED
RACHEL G. BALABAN                                                              Chief
Assistant United States Attorney
271 Cadman Plaza East                                                          /s/ Katherine A. Raimondo
Brooklyn, New York 11201                                                       R. TAMAR HAGLER
Phone: 718-254-6028                                                            Deputy Chief
Fax: 718-254-6081                                                              KATHERINE A. RAIMONDO
E-mail: rachel.balaban@usdoj.gov                                               Trial Attorney
                                                                               Housing and Civil Enforcement Section
                                                                               Civil Rights Division
                                                                               U.S. Department of Justice
                                                                               4 Constitution Square
                                                                               150 M Street, NE, 8th Floor
                                                                               Washington, DC 20530
                                                                               Phone: (202) 305-1987
                                                                               Fax: (202) 514-1116
                                                                               Katherine.Raimondo@usdoj.gov

                                                                               Attorneys for Plaintiff
                                                                               United States of America

*For All Defendants:*

/s/ Amy M. Monahan
AMY M. MONAHAN
L'Abbate, Balkan, Colavita & Contini L.L.P.                                    **So Ordered.**
3 Huntington Quadrangle, Suite 102S
Melville, New York 11747                                                       s/Nicholas G. Garaufis
Tel: (516) 837-7385                                                            Hon. Nicholas G. Garaufis
amonahan@lbcclaw.com                                                           Date: 4/21/23